ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>DenBeste Yard & Garden, Inc.,<br><br>              Defendant. | Case No. 4:22-cv-01975-DMR<br><br>**NOTICE RE RECEIVER**<br><br>Honorable Magistrate Judge Donna M. Ryu |

On December 7, 2022, the Court informed the parties that it "will not take action on the pending motion for default judgment until February 1, 2023" to allow Paul Den Beste time to take action to get a new receiver appointed, if he chose, and for the receiver to notify the Court of its intentions regarding this case. [Docket No. 24.] As of the filing of this notice, Defendant has not notified CSPA or the Court of the appointment of a new receiver and the matter is ripe for adjudication.

Dated: February 7, 2023         LAW OFFICES OF ANDREW L. PACKARD
                                By: /s/ William N. Carlon
                                    William N. Carlon
                                    Attorneys for Plaintiff
                                    CALIFORNIA SPORTFISHING
                                    PROTECTION ALLIANCE