ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>DENBESTE YARD & GARDEN, INC.,<br><br>Defendant. | Case No.: 4:22-cv-01975-DMR<br><br>**PLAINTIFF'S NOTICE REGARDING SUBMITTED MOTION FOR ENTRY OF A DEFAULT JUDGMENT**<br><br>Hon. Magistrate Judge Donna M. Ryu |

Plaintiff California Sportfishing Protection Alliance ("Plaintiff") submits this Notice regarding its Submitted Motion for Entry of a Default Judgment, ECF No. 19 ("Motion"). Under Local Rule 7-13, a party, jointly or individually, may file to provide notice to the Court that a matter remains under submission if a matter has been under submission for more than 120 days.

On August 19, 2022, Plaintiff submitted its Motion.

On February 23, 2023, the Court denied Plaintiff's Motion without prejudice to submission of supplemental briefing and evidence. ECF No. 26.

Pursuant to the Court's order, Plaintiff submitted supplemental briefing and evidence on March 23, 2023. ECF No. 28.

As of July 25, 2023, a total of 124 days has transpired since Plaintiff filed its brief.

DATED: July 25, 2023

/s/William N. Carlon
Counsel for Plaintiff