# PROOF OF SERVICE

I, William N. Carlon, am a citizen of the United States, over the age of 18 years, and am not a party to the within entitled action. My business address is 245 Kentucky Street, Suite B3, Petaluma, California 94952.

On August 9, 2023, I served the following documents:

**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF DEFAULT JUDGMENT**

by placing a true and correct copy thereof in a postage paid envelope addressed to the person hereinafter listed, and by depositing said envelope in the U.S. Mail:

> Paul Den Beste
> 30357 River Road
> Cloverdale, CA 95425

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2023 at Napa, California.

*/s/ William N. Carlon*
William N. Carlon