ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEBESTE YARD & GARDEN, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-01975-DMR<br><br>**PROOF OF SERVICE** |

I, William N. Carlon, am a citizen of the United States, over the age of 18 years, and am not a party to the within entitled action.  My business address is 245 Kentucky Street, Suite B3, Petaluma, California 94952.

On November 20, 2023, I served the following documents:

**REQUEST FOR REASSIGNMENT; REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT**

by placing a true and correct copy thereof in a postage paid envelope addressed to the person listed below, and by depositing said envelope in the U.S. Mail, and by emailing a true and correct copy to the email addresses listed below:

> Paul Den Beste
> 30357 River Road
> Cloverdale, CA 95425
> pauldenbeste@hotmail.com
> pauldenbestecloverdale@gmail.com
> lisadenbeste@yahoo.com

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 20, 2023 at Napa, California.

William N. Carlon