UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DENBESTE YARD & GARDEN , INC.,<br><br>　　　　Defendant. | Case No. 22-cv-01975-RFL<br><br>**JUDGMENT** |

The Court having granted the California Sportfishing Protection Alliance's motion for default judgment and requests for declaratory relief, injunctive relief, and civil penalties; enters judgment in favor of California Sportfishing and against DenBeste Yard & Garden, Inc.

### A.　Declaratory Relief

The Court declares that DenBeste Yard & Garden, Inc. violated the Clean Water Act 153 times and that it continues to violate Section 301(a) of the Clean Water Act each time it discharges storm water from its facility without a National Pollutant Elimination System permit.

### B.　Injunctive Relief

DenBeste Yard & Garden, Inc. is **PERMANENTLY ENJOINED** from discharging pollutants from its facility to the surface waters surrounding and downstream from the facility without a proper permit.

### C.　Civil Penalties and Attorneys' Fees

DenBeste Yard & Garden, Inc. is **ORDERED** to pay civil penalties in the amount of

$4,550,000, attorneys' fees to Andrew Packard in the amount of $7,920, attorney's fees to William Carlon in the amount of $20,268, and costs in the amount of $614.32.

**IT IS SO ORDERED.**

Dated: December 11, 2023

_____<br>
RITA F. LIN<br>
United States District Judge