ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEBESTE YARD & GARDEN, INC.,<br><br>    Defendant. | Case No. 4:22-cv-01975-DMR<br><br>**PROOF OF SERVICE** |

I, Andrew L. Packard, am a citizen of the United States, over the age of 18 years, and am not a party to the within entitled action. My business address is 245 Kentucky Street, Suite B3, Petaluma, California 94952.

On February 22, 2024, I served the following documents:

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 39); JUDGMENT (Dkt. No. 40)**

by placing a true and correct copy thereof in a postage paid envelope addressed to the person listed below, and by depositing said envelope in the U.S. Mail, and by emailing a true and correct copy to the email addresses listed below:

>Paul Den Beste
>30357 River Road
>Cloverdale, CA 95425
>
>pauldenbeste@hotmail.com
>pauldenbestecloverdale@gmail.com
>lisadenbeste@yahoo.com

I certify and declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2024.

_____
Andrew L. Packard