RECORDING REQUESTED BY:

UNITED STATES OF AMERICA

WHEN RECORDED MAIL TO:

U.S. ATTORNEY'S OFFICE
450 GOLDEN GATE AVENUE
P.O. BOX 36055
SAN FRANCISCO, CA 94102
ATTN: FINANCIAL LITIGATION UNIT

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

ABSTACT OF JUDGMENT
DOCUMENT TITLE

FOR DENBESTE YARD & GARDEN, INC.

# ABSTRACT OF JUDGMENT

Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323 (f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Court Name:   United States District Court
              Northern District of California
Court Number: CV 22-01975
County:       Sonoma County

| JUDGEMENT DEBTORS(S): Names against whom judgments have been entered | JUDGMENT CREDITOR: Name of Parties in whom favor judgments have been obtained |
|---|---|
| Denbeste Yard & Garden, Inc.<br><br><br>Social Security No.:  XXX-XX-3359<br>Driver's License No. & State:  (Unknown) | UNITED STATES OF AMERICA |

| Amount of Judgment/Costs | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $4,550,000.00<br>Plus interest | United States of America<br>c/o U.S. Attorney's Office<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>Attn:  Financial Litigation unit<br>(415) 436-6970 | Judgment Entered or Registered:<br><br>December 11, 2023 |

I Certify that the foregoing is a true and correct abstract of the judgment entered or registered by this Court.

        MARK B. BUSBY
        Clerk of the Court
        United States District Court
        Northern District of California


By: _____
      Deputy Clerk

Date Issued: _____