**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
|---|
| After recording, return to: |

TEL NO.:          FAX NO. (optional):
E-MAIL ADDRESS (Optional):

☐ ATTORNEY FOR   ☐ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

*FOR RECORDER'S USE ONLY*

PLAINTIFF:
DEFENDANT:

CASE NUMBER:

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS
☐ Amended

*FOR COURT USE ONLY*

1. The ☐ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   b. Driver's license no. [last 4 digits] and state:       ☐ Unknown
   c. Social security no. [last 4 digits]:       ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date:

_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*:
   b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

[SEAL]

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. ☐ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date)*:

12. a. ☐ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

This abstract issued on *(date)*:

Clerk, by _____, Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

|  |  |
|---|---|
| PLAINTIFF:<br>DEFENDANT: | COURT CASE NO.: |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ☐ Name and last known address ☐

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. ☐ Name and last known address ☐

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. ☐ Name and last known address ☐

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. ☐ Name and last known address ☐

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.