EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Vivian F. Wang, 277577<br>U.S. Attorney's Office<br>450 Golden Gate Ave., Box 36055<br>TEL NO.: 415-436-7432    FAX NO. *(optional):*<br>E-MAIL ADDRESS *(Optional):* Vivian.Wang@usdoj.gov<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** N.D. Cal.
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA  94102
BRANCH NAME: United States District Court

FOR RECORDER'S USE ONLY

PLAINTIFF: California Sportfishing Protection Alliance
DEFENDANT: Denbeste Yard & Garden, Inc.

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 22-CV-01975 RFL

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Denbeste Yard & Garden, Inc.
      26916 Asti Rd.
      Cloverdale, CA 95425
      
   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   United States of America
   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102

Date: 02/19/2025

Vivian F. Wang
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 4,550,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 12/11/2023
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

MARK B. BUSBY

This abstract issued on *(date):* 4/29/2025

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB
www.ceb.com

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

MARK ROMYN

| PLAINTIFF: California Sportfishing Protection Alliance | COURT CASE NO.: |
|---|---|
| DEFENDANT: Denbeste Yard & Garden, Inc. | 22-CV-01975 RFL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown
Social security no. [last 4 digits]:  ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.